FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 23 AM 9: 38

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

ELIJAH NAHUM SIMMONS,                )
                                     )
    Movant,                         )
                                     )
v.                                   )   Case No.  CV611-083
                                     )           CR610-001
UNITED STATES,                       )
                                     )
    Respondent.                     )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 3 day of _January_ , 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA