UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 OCT 24  AM 9:09

CLERK C. Adams
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Elijah Nahum Simmons ) | Case No: 6:10CR00001-1 |
| ) | USM No: 15157-021 |
| Date of Original Judgment: July 15, 2010 ) | James Wrixam McIlvaine |
| Date of Previous Amended Judgment: April 25, 2016 ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___July 15, 2010,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/21/2016

Judge's signature

J. Randal Hall
United States District Court

Effective Date: _____
*(if different from order date)*                                Printed name and title