# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 610-001-1 |
| ) | |
| ELIJAH NAHUM SIMMONS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant Elijah Simmons's motion for early termination of supervised release, dkt. no. 455, to which the Government objects, dkt. no. 456. For the reasons below, Defendant's motion is **DENIED**.

### BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to conspiracy to possess with intent to distribute and to distribute 50 kilograms or more of marijuana. Dkt. No. 154. On July 15, 2010, the Court sentenced Defendant to 240 months' imprisonment, to be followed by five years of supervised release. Dkt. No. 151. On October 22, 2015, Defendant's sentence was reduced to 210 months' imprisonment, pursuant to 18 U.S.C. § 3582(c)(2) (Amendment 782). Dkt. No. 332. On April 25, 2016, Defendant's sentence was further reduced to 168 months' imprisonment pursuant to a 28 U.S.C. § 2255 motion; the Court

also reduced Defendant's supervised release term to three years. Dkt. No. 348.

Defendant was released from Bureau of Prisons' custody on September 22, 2020. Defendant has served approximately twenty-one months of his thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 455.

Since his release from Bureau of Prisons' custody, Defendant has maintained a stable residence, passed all drug screens, and complied with the terms of supervision. However, Defendant's criminal history is comprised of offenses involving drug sales, drug possession, and weapons possession. As part of the underlying offense, Defendant was extensively involved in the operation of a large-scale drug distribution operation in which large quantities of cocaine and marijuana were sold. Defendant was attributed with one kilogram of cocaine base, one kilogram of cocaine hydrochloride, and sixty-eight kilograms of marijuana.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating

2

to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court must carefully weigh a favorable adjustment to Defendant's supervision against his offense of conviction. After consideration, the Court **DENIES** Defendant's motion. Dkt. No. 455.

**SO ORDERED** this 21 day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA